| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: WILLIAM D. WALL<br>        U.S. MAGISTRATE JUDGE | DATE: Sept. 11, 2013<br>TIME:  11:00 a.m. |

CASE:  **CV 12-3081 (LDW) (WDW)** SPECTOR GROUP II, LLP v. TRANSPORATION INSURANCE CO., et al.

TYPE OF CONFERENCE: Telephone status

APPEARANCES:     Plaintiff       Todd DeSimone

                                 Matthew Maron (Intervenor plaintiff)

                 Defendant       Greta Matzen


**SCHEDULING:** The next Telephonic/Status conference will be held on November 14, 2013 at 11:00 am, plaintiff to initiate the call.

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐   Referred to mediation by separate order.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☐   Other:

                                                    SO ORDERED

                                                    /s/William D. Wall
                                                    WILLIAM D. WALL
                                                    United States Magistrate Judge