**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

**L. Donald Prutzman**
Writer's Direct Dial: (212) 508-6739
E-mail: prutzman@thshlaw.com

September 26, 2013

**BY ECF**

Hon. Leonard D. Wexler
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Spector Group II, LLP et al. v. Transportation Insurance Company, et al.*
           Civil Case No.: CV 12-3081 (LDW) (WDW) (the "Action")

Dear Judge Wexler:

    We represent Intervenor Plaintiff SG Design Build LLC ("SG Design") in the above-captioned Action. I write in response to the September 23, 2013 letter from counsel for Defendants requesting a pre-motion conference on a planned motion for American Casualty Company of Reading, PA ("ACCO") to intervene in the Action and move for leave to join Dubinsky Consulting Engineers, PLLC as a defendant in the Action.

    SG Design respectfully opposes the application substantially for the reasons stated in the September 25, 2013 letter that counsel for Plaintiff Spector Group II, LLP submitted and joins and adopts the arguments made in that letter.

                                             Respectfully submitted,

                                             L. Donald Prutzman

cc:    All counsel (by ECF)