| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: WILLIAM D. WALL<br>            U.S. MAGISTRATE JUDGE | DATE: Nov. 14, 2013<br>TIME:  11:00 a.m. |

CASE:  **CV 12-3081 (LDW) (WDW)** SPECTOR GROUP II v. TRANSPORTATION INS. CO., et al.

TYPE OF CONFERENCE: Telephone status

APPEARANCES:  Plaintiff    Todd DeSimone

  Matthew Maron (intervenor plaintiff)

  Lewis Donald Prutzman  (intervenor plaintiff)

  Defendant    NO APPEARANCE

**SCHEDULING:** The next __ conference will be held on __ at __.

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐   Referred to mediation by separate order.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other:   Defendant failed to appear at the conference. All discovery deadlines remain in place.

SO ORDERED

/s/William D. Wall
WILLIAM D. WALL
United States Magistrate Judge