COLLIAU CARLUCCIO KEENER MORROW PETERSON & PARSONS
ATTORNEYS AT LAW

333 SOUTH WABASH AVE.
25TH FLOOR
CHICAGO, ILLINOIS 60604

EMAIL: Greta.Matzen@cna.com
(312) 822-6603 ▪ FAX (312) 817-2486

GRETA A. MATZEN                                                                                                    DIRECT DIAL
ATTORNEY                                                                                                           (312) 822-4963

November 15, 2013

VIA ELECTRONIC FILING

Honorable William D. Wall
United States District Court
Eastern District of New York
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

  Re: Spector Group II, LLP v. Transportation Insurance Company, et. al.
     Index No.: CV 12-3081
     Consent Letter Motion for Status Conference on November 22, 2013

Dear Judge Wall:

  In light of the volume of discovery, joinder issues and the impending deadlines included in the Court's current Amended Scheduling Order, the parties would like to appear before the Court telephonically, on November 22, 2013 at 10:30 a.m., Eastern Standard Time, for a status conference.

  I respectfully request that the Court schedule the status conference accordingly. Thank you in advance for your consideration.

            Sincerely,

            COLLIAUCARLUCCIO KEENER MORROW
             PETERSON & PARSONS

            s/ Greta A. Matzen
            Greta A. Matzen

GAM/sn