| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE: WILLIAM D. WALL                                             DATE: Nov. 22, 2013
        U.S. MAGISTRATE JUDGE                                     TIME:   10:30 a.m.

CASE:  **CV 12-3081 (LDW) (WDW)** SPECTOR GROUP  v. TRANSPORTATION INS. CO.

TYPE OF CONFERENCE: Telephone status

APPEARANCES:     Plaintiff          Todd DeSimone

                                         Matthew Maron (Intervenor plaintiff)

                   Defendant       Greta Matzen

**SCHEDULING:** The next conference will be held on __ at __.

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐    Referred to mediation by separate order.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other:   The parties will each electronically file a one-page letter regarding the status of discovery.

                                                         SO ORDERED

                                                         /s/William D. Wall
                                                         WILLIAM D. WALL
                                                         United States Magistrate Judge