# COLLIAU CARLUCCIO KEENER MORROW PETERSON & PARSONS
ATTORNEYS AT LAW
_____

333 SOUTH WABASH AVE.
25TH FLOOR
CHICAGO, ILLINOIS 60604

EMAIL: GRETA.MATZEN@CNA.COM
(312) 822-6603 ▪ FAX (312) 817-2486

GRETA A. MATZEN                                                                                          DIRECT DIAL
ATTORNEY                                                                                                (312) 822-4963

November 27, 2013

VIA ELECTRONIC FILING
Honorable William D. Wall
United States District Court
Eastern District of New York
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

      Re:    Spector Group II, LLP v. Transportation Insurance Company, et. al.
             Index No.: CV 12-3081

Dear Judge Wall:

      We represent Defendant Transportation Insurance Company ("TIC") and Intervenor Defendant Continental Casualty Company ("CCC") in the current action. Our firm also represents American Casualty Company of Reading, PA ("ACCO") in relation to the insurance coverage issues, arising from the same underlying lawsuits.

      I write in regard to the status of ACCO's request for a pre-motion conference during which ACCO will seek the Court's consent to allow ACCO to move to intervene in the current cause of action. *See* Doc [14]; *see also* Doc [29]. Plaintiff Spector Group II, LLP and Intervenor Plaintiff SG Design Build LLC oppose ACCO's request. *See* Doc [15]; *see also* Docs [17], [31] & [30].

      We ask the Court's consent to address ACCO's intervention in the present cause of action in a pre-motion conference before Your Honor. *See* Judge Leonard D. Wexler's Order of February 11, 2013. Thank you in advance for your consideration.

                                            Sincerely,
                                            COLLIAUCARLUCCIO KEENER MORROW
                                              PETERSON & PARSONS

                                              s/ Greta A. Matzen
                                              Greta A. Matzen

Honoarable Judge William D. Wall.
November 27, 2013
Page 2

cc:
    Todd J. DeSimone, Esq.
    Quinn McCabe, LLP
    274 Madison Avenue, Penthouse
    New York, NY  10016

    L. Donald Prutzman
    Matthew R. Maron
    Tannenbaum Helpern Syracuse & Hirschtritt, LLP
    900 Third Avenue
    New York, New York 10022
    *Attorneys for Plaintiff SG Design Build LLC*