# COLLIAU CARLUCCIO KEENER MORROW PETERSON & PARSONS

### ATTORNEYS AT LAW
_____

333 SOUTH WABASH AVE.
25TH FLOOR
CHICAGO, ILLINOIS 60604

EMAIL: Greta.Matzen@cna.com
(312) 822-6603 ▪ FAX (312) 817-2486

GRETA A. MATZEN                                          DIRECT DIAL
ATTORNEY                                                 (312) 822-4963

November 27, 2013

VIA ELECTRONIC FILING
Honorable William D. Wall
United States District Court
Eastern District of New York
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

Re:     Spector Group II, LLP v. Transportation Insurance Company, et. al.
        Index No.: CV 12-3081

Dear Judge Wall:

I write to clarify the statement that I previously made in my letter to the Court regarding the status of discovery. *See* [Doc. 36]. This morning, I discovered that our firm has in fact recently received documents that were produced by SG Design, in response to written requests for production. Like SG Designs' other discovery responses, the documents were received at least two (2) weeks after the due date.

We will evaluate the documents received from SG Design, along with SG Design's answers, responses and objections, and file a motion to compel, if necessary.

Thank you for your time and consideration.

Sincerely,

COLLIAUCARLUCCIO KEENER MORROW
   PETERSON & PARSONS

s/ Greta A. Matzen
Greta A. Matzen

Honoarable Judge William D. Wall
November 27, 2013
Page 2


cc:
      Todd J. DeSimone, Esq.
      Quinn McCabe, LLP
      274 Madison Avenue, Penthouse
      New York, NY  10016

      L. Donald Prutzman
      Matthew R. Maron
      Tannenbaum Helpern Syracuse & Hirschtritt, LLP
      900 Third Avenue
      New York, New York 10022
      *Attorneys for Plaintiff SG Design Build LLC*