# TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

L. Donald Prutzman
Writer's Direct Dial: (212) 508-6739
E-mail: prutzman@thsh.com

December 2, 2013

**BY ECF**

The Honorable William D. Wall
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Spector Group II, LLP et al. v. Transportation Insurance Company, et al.*
            Civil Case No.: CV 12-3081 (LDW) (WDW) (the "Action")

Dear Judge Wall:

    We represent Intervenor Plaintiff SG Design Build LLC ("SG Design") in the above-captioned Action. I write in response to the Court's directive to provide a one-page discovery status update.

    To date, SG Design has responded to all discovery demands served upon it, and the parties are cooperatively scheduling depositions, beginning on December 17, 2013.

    SG Design joins in the arguments made in Spector Group II, LLP's November 25, 2013 letter concerning CCC and TIC's request for a 90-day extension for discovery. In summary, SG Design will consent to that request if, but only if, the trial date is also adjourned for 90 days. In view of the docket entry setting a June 2014 trial date with "NO ADJOURNMENTS," we need assurance that both the discovery deadline and the trial will be adjourned. We will cooperate with whatever efforts counsel for CCC and TIC determine to make to obtain that assurance.

                                          Respectfully submitted,

                                          L. Donald Prutzman

cc:    All counsel (by ECF)