

**QUINN McCABE LLP**
COUNSELORS AT LAW

9 EAST 40TH STREET, 14TH FLOOR, NEW YORK, NEW YORK 10016
212.447.5500 (main) · 212.889.2981 (fax)

December 2, 2013

**Via Electronic Filing**

Honorable William D. Wall
United States District Court
Eastern District of New York
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

    Re:   Spector Group II, LLP v. Transportation Insurance Co., *et al.*
          – Index No.: CV 12-3081

Dear Judge Wall:

    We serve as counsel to Plaintiff, Spector Group II, LLP ("Spector"), in the above-referenced matter. Please allow this communication to serve as opposition to counsel for Defendants Transportation Insurance Company's ("TIC"), Continental Casualty Company's ("CCC") and American Casualty Company of Reading, PA's ("ACCO") request for a pre-motion conference before Your Honor to move, in accordance with Federal Rule of Civil Procedure ("FRCP") 24(b)(1)(B), for ACCO to intervene in the current action and for ACCO to move for leave, in accordance with FRCP 20(a), to join Dubinsky Consulting Engineers, PLLC ("Dubinsky") as a defendant in this matter.

    By this letter, Spector re-asserts its objections, previously set forth in Spector's letters dated January 11, 2013 [Document # 15] and September 25, 2013 [Document # 30], to TIC's and CCC's claim that ACCO should be permitted to intervene in this action and file a complaint against Dubinsky, and maintains that such request should be denied.

                                                Respectfully submitted,

                                                Todd J. DeSimone

Hon. Judge William D. Wall
December 2, 2013
Page 2 of 2


cc:     Christopher P. McCabe, Esq.

        Greta Matzen, Esq.
        Colliau Carluccio Kenner Morrow
        Peterson & Parsons
        333 S. Wabash Avenue, 25th Floor
        Chicago, IL 60606

        Donald L. Prutzman, Esq.
        Matthew R. Maron, Esq.
        Tannenbaum Helpern Syracuse & Hirschtritt LLP
        900 Third Avenue
        New York, NY 10022