# CIVIL CAUSE FOR STATUS CONFERENCE

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** January 29, 2014
**TIME:** 10:25 to 10:35 (10 Mins.)

**DOCKET:** 12-CV-3081 (LDW)(WDW)
**TITLE:** Spector Group II, LLP v. Transportation Insurance Company, et al

**APPEARANCES:**
- Plaintiff(s) represented by:
  - **Todd Joseph Desimone, Esq.**

- Defendant(s) represented by:
  - **Lewis Donald Prutzman, Esq.**
  - **Greta Matzen, Esq.**

- Courtroom Deputy: Eric L. Russo
-----------------------------------------------------------------

✓ Counsel present for both sides.

✓ In camera conference held.

✓ Parties are hereby advised that Jury Selections are set for **July 22, 2014 at 10:00 AM**. Trial start date to be determined.

✓ Parties are hereby referred to Magistrate Judge William D. Wall to set a revised discovery schedule and briefing schedule for Plaintiff's Motion for Summary Judgment.

✓ Defendants' Motion to Amend Complaint is hereby referred to Magistrate Judge William D. Wall for consideration.

✓ Proceedings concluded.