**UNITED STATES DISTRICT COURT**                    **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**                    **MINUTE ORDER**

BEFORE: WILLIAM D. WALL                              DATE: 1/29/2014
          U.S. MAGISTRATE JUDGE            TIME:   11:30

CASE:  **CV 12-3081 (LDW) (WDW)** Spector Group II, LLP  v. Transportation Insurance
Company, et al

TYPE OF CONFERENCE: WALK IN

APPEARANCES:    Plaintiff      Todd Desimone John Prutzman

                Defendant    Greta Matzen

**SCHEDULING:** The next Pretrial   conference will be held on July 9, 2014   at 10:00 am.   .

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐    Referred to mediation by separate order.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other:   The pretrial conference scheduled for February 4, 2014 is adjourned to the above date.  All discovery shall be completed by June 30, 2014.  A joint proposed pretrial order shall be filed on or before the next conference.  Plaintiff's motion to quash ( DE 46 ) is DENIED.  The defendant's shall file a motion to compel discovery by February 14, 2014. The defendant shall file its motion to join a necessary party by February 14, 2014.

                SO ORDERED

             /s/William D. Wall
             WILLIAM D. WALL
             United States Magistrate Judge