IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------

| | |
|---|---|
| SPECTOR GROUP II, LLP | |
| Plaintiff, | CV-12-3081 (LDW) (WDW) |
| - and - | |
| SG DESIGN BUILD LLC, | **NOTICE OF APPEARANCE** |
| Intervenor Plaintiff, | |
| - against - | |
| TRANSPORTATION INSURANCE COMPANY, | |
| Defendant, | |
| - and - | |
| CONTINENTAL CASUALTY COMPANY, | |
| Intervenor Defendant. | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case on behalf of Defendant Transportation Insurance Company.

I certify that I am admitted to practice in this Court.

DATED: January 29, 2014

Theodore J. May
COLLIAU CARLUCCIO KEENER
  MORROW PETERSON & PARSONS
333 South Wabash Avenue – 25th Floor
Chicago IL 60604
312-822-5200