IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

SPECTOR GROUP II, LLP,

        Plaintiff,

-and-

SG DESIGN BUILD, LLC,

        Intervenor Plaintiff,

-against-

TRANSPORTATION INSURANCE COMPANY,

        Defendant.

-and-

CONTINENTAL CASUALTY COMPANY,

        Intervenor Defendant.
-------------------------------------------------------------x

CV 12-3081 (LDW) (WDW)

**NOTICE OF APPEARANCE OF ON BEHALF OF IRONSHORE INDEMNITY, INC.**

**PLEASE TAKE NOTICE** that Sheldon Karasik, P.C. hereby appears on behalf of Ironshore Indemnity, Inc. in the above-captioned matter.

Dated: February 28, 2014
      New York, New York

Respectfully submitted,

SHELDON KARASIK, P.C.

    /S/ Sheldon Karasik
Sheldon Karasik, Esq.
(A Member of the Firm)
(SK-4020)
175 East 96th Street, Suite 9L
New York, New York 10128
(212) 722-0694
*Attorneys for Ironshore Indemnity, Inc.*