**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

**L. Donald Prutzman**
Writer's Direct Dial: (212) 508-6739
E-mail: prutzman@thshlaw.com

March 6, 2014

**BY ECF**

The Honorable William D. Wall
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Spector Group 11, LLP et al. v. Transportation Insurance Company, et al.*
              Civil Case No.: CV 12-3081 (LDW) (WDW) (the "Action")

Dear Judge Wall:

      We represent Intervenor Plaintiff SG Design Build LLC ("SG Design") in the above-captioned Action. I write with regard to Defendants' motion, pursuant to Rule 15 of the Federal Rules of Civil Procedure, for leave to amend their respective answers in this action.

      SG Design respectfully opposes the application substantially for the reasons stated in both the memorandum of law and accompanying declaration of Todd J. DeSimone, Esq., both dated February 24, 2014, and submitted on behalf of Plaintiff Spector Group 11, LLP.

Respectfully submitted,

L. Donald Prutzman

cc:    All counsel (by ECF)